Brett H. Ramsaur (SBN 281566)
Ramsaur Law Office
27075 Cabot Road, Suite 110
Laguna Hills, CA 92653
Email: brett@ramsaurlaw.com
Tel: 949.200.9114
Fax: 949.222.3453

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE, | CASE NUMBER:<br>CV- **2:22-cv-09186-PSG-MARx** |
| Plaintiff(s) | |
| v.<br>DAMIANO BRYAN CENTOLA and OOMPH MODE, INC., a Nevada corporation, | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO:    THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On <u>October 26, 2022</u> a judgment was entered in the above-entitled action in favor of:

LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE

as Judgment Creditor and against:

DAMIANO BRYAN CENTOLA

as Judgment Debtor, for:

$ <u>20,000.00</u> Principal,
$ <u>0.00</u> Attorney Fees,
$ <u>0.00</u> Interest **, and
$ <u>0.00</u> Costs, making a total amount of
$ <u>20,000.00</u> **JUDGMENT AS ENTERED**

**NOTE:    JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central _____ **District of** California _____ ,
to wit:

$ _____ 192.50 _ accrued interest, and

$ _____ 0.00 _ accrued costs, making a total of

$ _____ 192.50 _ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ 20,192.50 **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____ 20,000.00 Is due on the judgment as entered and bears interest at 4.57% _____ percent per annum, in the amount of $ 2.50 _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _____    By: _____
                                          Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Damiano Bryan Centola
471 Canyon Vista Dr.
Los Angeles, CA 90065

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**

CV-23 (6/01)                                                                                                  PAGE 3 OF 3