LODGED

Russell J. Singer

PO Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Email: russell@adobejudgmentcollections.com

Assignee/Judgment Creditor, In Pro Per

2026 APR -9 PM 3: 29

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>Vs.<br><br>BRYAN CENTOLA AND<br>OOMPH MODE, INC.<br>Defendants. | ) Case No.: 2:22-cv-09186-PSG-MARx<br>) Assigned to Hon. Philip S. Gutierrez<br>) **[PROPOSED] ORDER GRANTING**<br>) **MOTION TO SUBSTITUTE**<br>) **RUSSELL J. SINGER AS**<br>) **ASSIGNEE OF JUDGMENT**<br>) **PURSUANT TO**<br>) **FRCP 25(c)**<br>) |

The Court, having reviewed the Motion for Order Substituting Russell J. Singer to substitute as Plaintiff pursuant to FRCP 25(c), the supporting Memorandum of Points and Authorities, the Declaration of Russell J. Singer, and the record in this action, and finding good cause therefor, hereby orders as follows:

1. Russell J. Singer is substituted for Lenard E. Schwartzer, Chapter 7

[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE ASSIGNEE -
Page 1

Trustee, as the plaintiff/Judgment Credit in this action for all purposes of post-judgment enforcement in this action, Case No. 2:22-cv-09186-PSG-MARx, pursuant to Federal Rule of Civil Procedure 25(c).

2. The Clerk of Court is directed to amend the docket to reflect Russell J. Singer as Plaintiff/Judgment Creditor in place of Lenard E. Schwartzer, Chapter 7 Trustee.

3. Russell J. Singer, as substituted Plaintiff/Judgment Creditor of the judgment, may exercise all rights of a judgment creditor with respect to enforcement of the judgments entered against Bryan Centola ($20,000.00) and Oomph Mode, Inc. ($35,405.98), including issuing writs of execution, abstracts of judgment, and pursuing supplementary proceedings as permitted by law.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE ASSIGNEE - Page 2

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Russell J. Singer, declare that I am over the age of 18 years and a party to this action. My business address is PO Box 485, Laguna Beach, California 92652.

On March 18, 2026, I served the following document(s):

**NOTICE OF MOTION AND MOTION FOR ORDER SUBSTITUTING RUSSELL J. SINGER AS ASSIGNEE OF JUDGMENT PURSUANT TO FRCP 25(e); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RUSSELL J. SINGER; [PROPOSED] ORDER**

on the interested parties in this action as follows:

Bryan Centola and Oomph Mode, Inc., Defendants
471 Canyon Vista Dr.
Los Angeles, California 90065

■ BY UNITED STATES MAIL: I enclosed the documents in a sealed envelope addressed to the persons listed above and placed the envelope for collection and mailing following our ordinary business practices. On the same day correspondence is placed for collection, it is deposited with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

NOTICE OF MOTION AND MOTION FOR ORDER SUBSTITUTING ASSIGNEE - Page 10

Executed on March 18, 2026, at Laguna Beach, California.

Russell J. Singer