**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENARD E. SCHWARTZER | CASE NUMBER: |
| PLAINTIFF(S) | 2:22−cv−09186−RGK−MAR |
| v. | |
| BRYAN CENTOLA , et al. | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

 4/9/2026  /  19   /  Motion Submitted Pursuant to LR 7−15 Order Substituting Russell J. Singer

*Date Filed*    *Doc. No.*      *Title of Document*

 —         /  —    /  —

*Date Filed*    *Doc. No.*      *Title of Document*

Other:
Duplicate motion filed at [14].


Dated:  April 10, 2026       By:  /s/ *R. Gary Klausner*
                                  U.S. District Judge


G−106 (6/12)       ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)