Russell J. Singer

P.O. Box 485

Laguna Beach, California 92652

Telephone: (949) 280-4336

Email: russell@adobejudgmentcollections.com

Assignee/Judgment Creditor, In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

APR 16 2026

CENTRAL DISTRICT OF CALIFORNIA
BY          rsm     DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE, | ) Case No. 2:22-cv-09186-RGK-MAR**x** |
| Plaintiff, | ) Assigned to Hon. R. Gary Klausner |
| | ) |
| | ) **NOTICE OF LODGING** |
| v. | ) **CORRECTED [PROPOSED] ORDER** |
| | ) |
| BRYAN CENTOLA AND | ) |
| OOMPH MODE, INC., | ) |
| Defendants. | ) |
| | ) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Movant Russell J. Singer hereby lodges a corrected proposed order in connection with the Motion for Order Substituting Assignee (Dkt. 14).

The previously lodged proposed order referenced an incorrect judicial officer. The corrected proposed order properly reflects assignment to the Honorable R. Gary Klausner.

No other changes are made. The motion remains submitted pursuant to Local Rule 7-15.

Dated: April __14__, 2026

_Russell J. Singer_

Russell J. Singer

Assignee/Judgment Creditor, In Pro Per



**Retail**



90012

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
LAGUNA BEACH, CA 92652
APR 14, 2026

**$1.90**

S2324M502607-25

Clerk of Court
U.S. District Court
255 E. Temple St
L.A Ca 90012



Russ Singer
P.O Box 485
Laguna Bch CA.
92652

SUB

Clerk of Court
U.S. District Court
255 E. Temple St
L.A Ca 90012






Retail

UNITED STATES
POSTAL SERVICE

90012

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
LAGUNA BEACH, CA 9:
APR 14, 2026

$1.90

S2324M502607-25

